```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0015--CV (RRB)
                    "TAMARA THOMAS V USA"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 01/17/03
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (350) Motor vehicle
                    28 USC 1346, 2401 & 2671 ET SEQ
             Origin: (1) Original Proceeding
             Demand: 50,000
         Filing fee: Paid $150.00 on 01/17/03 receipt # 00119530
           Trial by: Court
```

Parties of Record:                              Counsel of Record:

PLF 1.1            THOMAS, TAMARA               Charles W. Coe
                                                Smith Coe et al
                                                805 W. 3rd Avenue, Suite 100
                                                Anchorage, AK 99501
                                                907-276-6173
                                                FAX 907-279-1884

DEF 1.1            UNITED STATES OF AMERICA     Gary M. Guarino
                                                U.S. Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071
                                                FAX    -    -

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0015--CV (RRB)
                                     "TAMARA THOMAS V USA"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 01/17/03
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

      Nature of Suit: (350) Motor vehicle
                      28 USC 1346, 2401 & 2671 ET SEQ
             Origin: (1) Original Proceeding
             Demand: 50,000
         Filing fee: Paid $150.00 on 01/17/03 receipt # 00119530
           Trial by: Court



 Document #   Filed      Docket text
 ----------   -----      -----------
     1 -  1   01/17/03   Complaint filed; Summons issued.

     2 -  1   02/19/03   PLF 1 Affidavit of service of D1 on US Attorneys Office 1/22/03 & USA
                         c/o Atorney General on 1/29/03 (Certified mail - NOT restricted & no
                         original green card).

     3 -  1   03/17/03   DEF 1 Stipulation for an extension of time to file answer.

     4 -  1   03/18/03   RRB Order granting stipulation for an extension of time until 4/25/03 to
                         file answer (3-1).  cc: cnsl

     5 -  1   04/18/03   DEF 1 Answer to Complaint.

     6 -  1   04/21/03   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this order. cc: cnsl

     7 -  1   05/15/03   PLF 1; DEF 1 Scheduling & Planning Conference Report.

     8 -  1   05/16/03   RRB Scheduling and Planning Order setting pretrial ddlns: Original disc
                         12/31/03; disp mots ddln 01/30/04; 7 day TBC estimate. cc: cnsl

     9 -  1   07/15/03   PLF 1 Stipulation for extension of time for exchanging initial
                         disclosures and filing preliminary witness lists to 7/25/03.

     9 -  2   07/16/03   RRB Order granting stipulation for extension of time until 7/25/03 for
                         exchanging initial disclosures and filing preliminary witness lists
                         (9-1).  cc; cnsl

    10 -  1   12/23/03   PLF 1 motion to refer a motion to withdraw from representation and to
                         stay case for six months to a judge other than trial court judge.

    11 -  1   12/30/03   PLF 1 Stipulation to stay case for six months.

    12 -  1   12/31/03   PLF 1 Notice of w/drawal of mot refer mot to w/drw and to stay case to a
                         judge other than trial crt judge.

    13 -  1   12/31/03   PLF 1 Unopposed motion to withdraw and stay all proceedings in the case
                         for 6 months w/att exh.

 ACRS: R_VDSDX               As of 12/01/05 at 3:05 PM by GARRY                         Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0015--CV (RRB)
                                       "TAMARA THOMAS V USA"

                                         For all filing dates

Document #    Filed       Docket text

   14 -  1    12/31/03    PLF 1 Notice of w/drawal of cnsl w/consent of client.

   11 -  2    01/02/04    RRB Order approving stip to stay case for six months (11-1). cc: cnsl

   12 -  2    01/02/04    Clerk's Notice withdrawing mot to refer a mot to w/drw from
                          representation and to stay case for (10-1).

   15 -  1    01/02/04    RRB Order granting unopposed mot to withdraw and stay all proceedings in
                          the case for six mos (13-1). cc: cnsl, T. Thomas

   16 -  1    01/05/04    PLF 1 Notice of filing plf's address to be included in mot to w/d and
                          stay case for 6 mos.

   17 -  1    05/12/04    PLF 1 Attorney Appearance of C. Coe.

   18 -  1    05/12/04    PLF 1 Unopposed motion to lift stay and set scheduling/status
                          conference.

   19 -  1    05/14/04    RRB Order granting motion Unopposed motion to lift stay and set
                          scheduling/status conference (18-1).  Status conference is set for
                          6/11/04 at 8:30 a.m..  cc: cnsl

   20 -  1    05/25/04    PLF 1; DEF 1 Joint request to reschedule status conference.

   21 -  1    06/03/04    RRB Minute Order granting stipulation Joint request to reschedule status
                          conference (20-1).  The stat conf set for 6/11/04 is reset and will be
                          held on 6/16/04 at 8:15 a.m. in Courtroom #3.  cc: cnsl

   22 -  1    06/14/04    RRB Minute Order the stat hrg on 6/16/04 is changed form 8:15 a.m. to
                          9:00 a.m. in Courtroom #3.  cc: cnsl

   23 -  1    06/16/04    RRB Court Minutes [ECR: Patty Demeter] Stat Conf held 6/16/04.  Counsel
                          to submit a stipulated scheduling and planning report including
                          proprosed trial dates by 7/10/04.  cc: cnsl

   24 -  1    07/09/04    PLF 1 Unopposed motion for extension of time until 7/13/04 to file
                          planning report w/trial dates.

   25 -  1    07/13/04    RRB Order granting unopposed motion for extension of time until 7/13/04
                          to file planning (24-1).  cc: cnsl

   26 -  1    07/13/04    Stipulation of scheduling and planning report.

   26 -  2    07/13/04    RRB Order granting stipulation setting scheduling and planning dates
                          (26-1) & setting the following dates: Discovery to close 02/04/05;
                          Dispositive motions deadline 01/31/05. cc: cnsl

   27 -  1    12/10/04    PLF 1 Stipulation to extend time until 1/10/05 to file final witness
                          lists and to extend the close of discovery until 3/11/05.

   28 -  1    12/13/04    RRB Order granting stipulation to extend time until 1/10/05 to file
                          final witness lists (27-1) & setting the following dates: Discovery to
                          close 03/11/05. cc: cnsl

   29 -  1    01/10/05    DEF 1 Final Witness List.

   30 -  1    01/21/05    PLF 1 Final Witness List.


ACRS: R_VDSDX                 As of 12/01/05 at 3:05 PM by GARRY                       Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A03-0015--CV (RRB)
                              "TAMARA THOMAS V USA"

                               For all filing dates


Document #   Filed       Docket text

   31 -   1  02/18/05    DEF 1 Stipulation to extend the date for close of discovery to 4/29/05.

   31 -   2  02/23/05    RRB Order granting stipulation to extend the date for close of discovery
                         to 4/29/05 (31-1) & setting the following dates: Discovery to close
                         04/29/05; Dispositive motions deadline 05/29/05. cc: cnsl

   32 -   1  04/22/05    DEF 1 Stipulation for extension of time for the close of discovery until
                         6/30/05.

   32 -   2  04/22/05    RRB Order granting stipulation for extension of time for the close of
                         discovery until 6/30/05 (32-1). cc: cnsl

   33 -   1  06/28/05    DEF 1 Stipulation for extension of time until 8/26/05 for the close of
                         discovery.

   33 -   2  06/29/05    RRB Order granting stipulation for extension of time until 8/26/05 for
                         the close of discovery (33-1) & setting the following dates: Discovery
                         to close 08/26/05. cc: cnsl

   34 -   1  08/12/05    DEF 1 Stipulation for extension of time for the close of discovery until
                         11/4/05.

   34 -   2  08/17/05    RRB Order granting stipulation for extension of time for the close of
                         discovery until 11/4/05 (34-1).  cc: cnsl

   35 -   1  11/02/05    DEF 1 Stipulation for extension of time for close of discovery until
                         1/13/06.

   35 -   2  11/04/05    RRB Order granting stipulation for extension of time for close of
                         discovery until 1/13/06 (35-1).  cc: cnsl
```