TIMOTHY M. BURGESS
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-015-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

　　　　The parties, via undersigned counsel, stipulate and agree to extend the date for the close of discovery to April 14, 2006. This stipulation has been entered because the parties are continuing their attempts to resolve this case via negotiated settlement and they will need additional time to evaluate and respond to settlement proposals for their respective clients. Pending their settlement discussions, the parties wish to

avoid the potentially needless expenditure of time and money for further expert discovery and depositions.

Dated: 1/10/06

_____
CHARLES W. COE
Attorney for Plaintiff

TIMOTHY M. BURGESS
United States Attorney

Dated: 1/9/06

_____
GARY M. GUARINO
Assistant U.S. Attorney