TIMOTHY M. BURGESS
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-015-RRB<br><br>[PROPOSED] ORDER |

　　　The Stipulation for Extension of Time, until April 14, 2006, to close discovery is GRANTED.

_____　　　_____
Date:　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　　　　United States District Court Judge