TIMOTHY M. BURGESS
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| TAMARA THOMAS,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 3:03-cv-015-RRB<br><br><br>ORDER |


   The Stipulation for Extension of Time, until April 14, 2006, to close discovery

is GRANTED.

January 11, 2006     /s/
Date:         Ralph R. Beistline
           United States District Court Judge