DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-015-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

　　　　The parties, via undersigned counsel, stipulate and agree to extend the date for

the close of discovery to July 15, 2006.  This stipulation has been entered because the

parties are attempting to resolve this case via negotiated settlement.   Pending the

resolution of their settlement discussions, the parties wish to avoid the potentially needless expenditure of time and money for further expert discovery and depositions.

Dated: April 4, 2006                              s/Charles W. Coe
                                                  CHARLES W. COE
                                                  Attorney for Plaintiff



                                                  DEBORAH M. SMITH
                                                  Acting United States Attorney


Dated: April 4, 2006                              s/Gary M. Guarino
                                                  GARY M. GUARINO
                                                  Assistant U.S. Attorney