IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-015-RRB<br><br>[PROPOSED] ORDER |

The Stipulation for Extension of Time, until July 15, 2006, to close discovery is GRANTED.

_____     _____
Date:                                                  Ralph R. Beistline
                                                             United States District Court Judge