```
              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF ALASKA
```

 TAMARA THOMAS   v.   UNITED STATES OF AMERICA

DATE:   April 5, 2006    CASE NO.    3:03-CV-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **GRANTING STIPULATION**

---

The parties filed a Stipulation for Extension of Time (Docket 38). The discovery deadline in this matter is hereby extended until **Monday, July 17, 2006.**

M.O. GRANTING EXTENSION