DEBORAH M. SMITH
Acting United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| TAMARA THOMAS, | |
|---|---|
| Plaintiff, | Case No. 3:03-cv-00015-RRB |
| v. | **STIPULATION FOR EXTENSION OF TIME** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties, via undersigned counsel, stipulate and agree to extend the date for

the close of discovery to October 20, 2006. This stipulation has been entered because

the parties are in the course of settlement negotiations and are attempting to resolve

this case without expending additional time, expenses, and effort for further

discovery and litigation. The parties will submit an updated case status report to the Court by October 1, 2006.

Dated: July 17, 2006

*Charles W. Coe*

CHARLES W. COE
Attorney for Plaintiff

DEBORAH M. SMITH
Acting United States Attorney

Dated: July 17, 2006

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

Thomas v. USA
Case No. 3:03-cv-00015-RRB    2