IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:03-cv-00015-RRB<br><br>[PROPOSED] ORDER |

The Stipulation for Extension of Time, until October 20, 2006, to close discovery is GRANTED.

Date: _____     _____
                                                             Ralph R. Beistline
                                                             United States District Court Judge