NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

      The parties, via undersigned counsel, agree to extend the date for the close of discovery to December 20, 2006.  This stipulation has been entered because the parties are attempting to resolve this case via negotiated settlement without expending additional time, expenses, and effort for further discovery and litigation.  In addition, Plaintiff has recently received further medical treatment and procedures.  If the parties

are unable to resolve this matter, further discovery will be needed regarding her recent medical treatment, medical records, and healthcare providers. The parties will submit an updated case status report to the Court by December 20, 2006.


Dated: October 11, 2006			s/Charles W. Coe (consent)
						Attorney for Plaintiff



						NELSON P. COHEN
						United States Attorney


Dated: October 11, 2006			s/Gary M. Guarino
						Assistant U.S. Attorney
						222 West 7th Ave., #9, Rm. 253
						Anchorage, AK 99513-7567
						Phone: (907) 271-5071
						Fax: (907) 271-2344
						E-mail: gary.guarino@usdoj.gov
						AK #8209092