IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**[PROPOSED] ORDER** |

The Stipulation for Extension of Time, until December 20, 2006, to close discovery is GRANTED.

_____     _____
Date:                                Ralph R. Beistline
                                     United States District Court Judge