UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA


                         THOMAS   v.   USA

DATE:   October 12, 2006      CASE NO.   3:03-CV-0015-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **GRANTING EXTENSION**

---

      The parties' Stipulation for Extension of Time at Docket 42 is **GRANTED**. The close of discovery is extended until **December 20, 2006**, and the parties shall submit a status report to the Court by the close of business on **December 20, 2006**.

M.O. GRANTING EXTENSION