NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME** |

The parties, via undersigned counsel, agree to extend the date for the close of discovery to March 20, 2007. This stipulation is entered because the parties are attempting to resolve this case via direct settlement negotiations without spending additional time and resources for further discovery depositions and litigation. Defendant is currently responding to a settlement proposal from Plaintiff and the

parties will then need time to determine whether continued negotiations will be productive and to allow counsel to consult with their respective clients regarding this matter.

Further, Plaintiff has produced additional medical records regarding her recent medical treatment and procedures. If the parties are unable to resolve this matter via negotiated settlement, discovery will be needed regarding Plaintiff's recent medical treatment and healthcare providers. This process may take longer due to the impending holidays and previously scheduled matters in other pending cases. The parties will submit an updated case status report to the Court by March 20, 2006.


Dated: December 20, 2006         s/Charles W. Coe (consent)
                                 Attorney for Plaintiff


                                 NELSON P. COHEN
                                 United States Attorney

Dated: December 20, 2006         s/Gary M. Guarino
                                 Assistant U.S. Attorney
                                 222 West 7th Ave., #9, Rm. 253
                                 Anchorage, AK 99513-7567
                                 Phone: (907) 271-5071
                                 Fax: (907) 271-2344
                                 E-mail: gary.guarino@usdoj.gov
                                 AK #8209092