IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00015-RRB<br><br>[~~PROPOSED~~] ORDER |

The Stipulation for Extension of Time, until March 20, 2007, to close discovery is GRANTED.

_____12/20/06_____      _____S/RRB_____
Date:                    Ralph R. Beistline
                         United States District Court Judge