NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS, | Case No. 3:03-cv-00015-RRB |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO CLOSE DISCOVERY** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Plaintiff and Defendant United States of America, via undersigned counsel, stipulate and agree to extend the date for the close of discovery to June 15, 2007. This stipulation is entered because the parties are involved in settlement negotiations and they are attempting to resolve this case via settlement without spending additional time and resources for further discovery depositions and

litigation.  Plaintiff is currently reviewing and preparing a response to a settlement proposal from the Defendant.  After Plaintiff responds,  the parties will need some time to determine whether further negotiations will be productive.

Further, Plaintiff has produced additional medical records and has had some additional medical evaluations and procedures.  If the parties are unable to resolve this matter via negotiated settlement, discovery will be needed regarding Plaintiff's recent medical treatment and healthcare providers.  The parties will submit an updated case status report to the Court by June 22, 2007.


|                         | Law Office of Charles Coe                     |
| Dated: March 23, 2007   | s/Charles W. Coe (consent)                    |
|                         | Attorney for Plaintiff                        |


NELSON P. COHEN
United States Attorney


Dated: March 23, 2007          s/Gary M. Guarino
                               Assistant U.S. Attorney
                               222 West 7th Ave., #9, Rm. 253
                               Anchorage, AK 99513-7567
                               Phone: (907) 271-5071
                               Fax: (907) 271-2344
                               E-mail: gary.guarino@usdoj.gov
                               AK #8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007,
a copy of the **Stipulation for Extension of
Time to Close Discovery** was served electronically on:

Charles W. Coe

s/ Gary M. Guarino