NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**[PROPOSED] ORDER** |

Based on the parties' Stipulation for Extension of Time to Close Discovery, it is

hereby ORDERED that the date for the close of discovery is June 15, 2007.

Date: _____

_____
Ralph R. Beistline
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007,
a copy of the **(Proposed) Order** was
served electronically on:

Charles W. Coe

s/ Gary M. Guarino