NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME TO CLOSE DISCOVERY** |

　　　　The Plaintiff and Defendant United States of America, via undersigned counsel, stipulate and agree to extend the date for the close of discovery to September 14, 2007. This stipulation is entered because the parties are involved in ongoing settlement negotiations and they are attempting to resolve this case without spending additional time and resources for further discovery depositions and litigation.

Defendant is currently reviewing and preparing a response to the latest settlement proposal from the Plaintiff. After Defendant responds, counsel for the parties will need time to determine whether further negotiations will be productive.

If the parties are unable to resolve this matter via negotiated settlement, discovery will be needed regarding Plaintiff's ongoing medical treatment and healthcare providers. The parties will submit an updated status report to the Court by September 5, 2007.

|  |  |
|---|---|
| Dated: July 9, 2007 | Law Office of Charles Coe<br>s/Charles W. Coe (consent)<br>Attorney for Plaintiff |
|  | NELSON P. COHEN<br>United States Attorney |
| Dated: July 9, 2007 | s/Gary M. Guarino<br>Assistant U.S. Attorney<br>222 West 7th Ave., #9, Rm. 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-5071<br>Fax: (907) 271-2344<br>E-mail: gary.guarino@usdoj.gov<br>AK #8209092 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2007,
a copy of the **Stipulation for Extension of
Time to Close Discovery** was served electronically on:

Charles W. Coe

<u>s/ Gary M. Guarino</u>