IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**[PROPOSED] ORDER** |

     Based on the parties' Stipulation for Extension of Time to Close Discovery, it is hereby ORDERED that the date for the close of discovery is September 14, 2007.

_____        _____

Date:                                                 Ralph R. Beistline<br>                                                                      United States District Court Judge