NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR CLOSE OF DISCOVERY** |

The Plaintiff and Defendant United States of America, via undersigned counsel, stipulate and agree to extend the date for the close of discovery to November 29, 2007. This stipulation is entered because the parties are continuing with their settlement negotiations. The parties have made progress in their negotiations and they are attempting to resolve this case without spending additional time and

resources for further discovery depositions and litigation. Plaintiff is currently reviewing and preparing a response to the latest settlement discussions between counsel for the parties. After Plaintiff responds, counsel for the parties will need time to determine whether further negotiations will be productive.

If the parties are unable to resolve this matter via negotiated settlement, discovery will be needed regarding Plaintiff's ongoing medical treatment and healthcare providers. The parties will submit an updated status report to the Court by November 26, 2007.

                                                               Law Office of Charles Coe

Dated: September 27, 2007        s/Charles W. Coe (consent)
                                           Attorney for Plaintiff

                                           NELSON P. COHEN
                                           United States Attorney

Dated: September 27, 2007        s/Gary M. Guarino
                                           Assistant U.S. Attorney
                                           222 West 7th Ave., #9, Rm. 253
                                           Anchorage, AK 99513-7567
                                           Phone: (907) 271-5071
                                           Fax: (907) 271-2344
                                           E-mail: gary.guarino@usdoj.gov
                                           AK #8209092