IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**[PROPOSED] ORDER** |

Based on the parties' Stipulation for Extension of Time to Close Discovery, it is hereby ORDERED that the date for the close of discovery is November 29, 2007.

_____   _____
Date:                                                            Ralph R. Beistline
                                                                         United States District Court Judge