NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| TAMARA THOMAS, | Case No. 3:03-cv-00015-RRB |
|---|---|
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | **STIPULATION FOR EXTENSION OF TIME FOR CLOSE OF DISCOVERY** |
| Defendant. | |

The Plaintiff and Defendant United States of America, via undersigned counsel, stipulate and agree to extend the date for the close of discovery to January 31, 2008. This stipulation is entered because the parties have made progress in their settlement negotiations and they seek to resolve this case without spending additional time and resources for further discovery depositions and litigation. Defendant is

preparing to transmit a response to the latest settlement discussions between counsel for the parties. After reviewing Defendant's response, counsel for the parties will need time to determine whether further negotiations will be productive.

If the parties are unable to resolve this matter via negotiated settlement, discovery will be needed regarding Plaintiff's ongoing medical treatment and healthcare providers.

                                                      Law Office of Charles Coe

Dated: November 30, 2007         s/Charles W. Coe (consent)
                                                      Attorney for Plaintiff


                                                      NELSON P. COHEN
                                                      United States Attorney

Dated: November 30, 2007         s/Gary M. Guarino
                                                        Assistant U.S. Attorney
                                                        222 West 7th Ave., #9, Rm. 253
                                                        Anchorage, AK 99513-7567
                                                        Phone: (907) 271-5071
                                                        Fax: (907) 271-2344
                                                        E-mail: gary.guarino@usdoj.gov
                                                        AK #8209092