NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**NOTICE REGARDING SETTLEMENT** |

　　　　The United States, via counsel, notifies the Court that the parties have reached a negotiated settlement of the claims in this action. A notice and stipulation for dismissal will be filed after the parties complete the settlement proceedings and documents.

Respectfully submitted this 10th day of March, 2008, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Gary M. Guarino
        Assistant U.S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        E-mail: gary.guarino@usdoj.gov
        AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008
a copy of the foregoing **Notice Regarding Settlement** was served electronically on

Charles W. Coe.

s/ Gary M. Guarino