# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  TAMARA THOMAS  </u>   v.   <u> UNITED STATES OF AMERICA </u>

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                              CASE NO.  <u>3:03-CV-00015-RRB</u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: March 11, 2008</u>

  Notice regarding settlement was filed by counsel for the government at docket 55 on March 10, 2008, indicating that parties have reached a negotiated settlement of claims.

  If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, a further report on the status of the case to the court.

[]{IL2.WPD*Rev.12/96}