NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 3:03-cv-00015-RRB<br><br>**STATUS REPORT REGARDING SETTLEMENT** |

Pursuant to the Court's Order [Docket 56] the United States, via counsel, submits this status report regarding the pending settlement in this case. The parties have negotiated and executed a settlement agreement in this case. The signed settlement agreement has been forwarded to the Department of Treasury for payment

of the settlement amount. Once the settlement funds have been paid to Plaintiff, the parties will submit a stipulation for dismissal of this action. In the event that the stipulation for dismissal is not filed by May 15, 2008, the United States will submit an updated status report at that time.

Respectfully submitted this 11th day of April, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary M. Guarino
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK# 8209092

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008
a copy of the foregoing **Status Report Regarding Settlement** was served electronically on

Charles W. Coe.

s/ Gary M. Guarino

Thomas v. US
Case No. 3:03-cv-00015-RRB        2