NELSON P. COHEN
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
gary.guarino@usdoj.gov

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| TAMARA THOMAS, | Case No. 3:03-cv-015-RRB |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The Plaintiff and the Defendant, via undersigned counsel, stipulate that all claims asserted or that could have been asserted by Plaintiff against the United States in this action should be dismissed with prejudice and with each party to bear their own costs, expenses, and attorney's fees.

Respectfully submitted this 28th day of May, 2008, in Anchorage, Alaska.


NELSON P. COHEN
United States Attorney


Dated: May 28, 2008                  s/Gary M. Guarino
                                     Assistant U.S. Attorney
                                     222 West 7th Ave., #9, Rm. 253
                                     Anchorage, AK 99513-7567
                                     Phone: (907) 271-5071
                                     Fax: (907) 271-2344
                                     Email: gary.guarino@usdoj.gov
                                     AK #8209092

                                     LAW OFFICES OF CHARLES W. COE

Dated: May 28, 2008                  s/Charles W. Coe (consent)
                                     Attorney for Plaintiff
                                     805 West 3rd Avenue, Suite 100
                                     Anchorage, AK   99501
                                     Phone: (907) 276-6173
                                     Fax: (907) 279-1884
                                     Email: charlielaw@gci.net
                                     AK #7804002