IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TAMARA THOMAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:03-cv-015-RRB<br><br>**[PROPOSED]<br>ORDER TO DISMISS WITH<br>PREJUDICE** |

The Court having considered the parties' Stipulation to Dismiss with Prejudice, hereby ORDERS that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.


_____        _____
Date:                                                          Honorable Ralph R. Beistline
                                                                      District Court Judge